# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CIVIL NO. 1:09cv215

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | ORDER |
| Defendants. ) | |
| ) | DISMISSING |
| 482 Deaverview Road, Asheville, North ) | |
| Carolina, being real property, as found in ) | DEFENDANT PROPERTY |
| Deed Book 3428, Page 419, of the Public ) | $1,677,381.00 IN CRIMINAL |
| Registry of Buncombe County, North ) | PROCEEDS |
| Carolina, ) | |
| ) | |
| Real Property formerly known as ISI Quick ) | |
| Trip, Brevard Road, Asheville, North ) | |
| Carolina, as found in Deed Book 3501, Page ) | |
| 436, of the Public Registry of Buncombe ) | |
| County, North Carolina, ) | |
| ) | |
| $1,677,381.00 in United States currency, | |
| criminal proceeds. | |

**THIS MATTER** is before the Court on motion of the United States to dismiss the Defendant United States Currency, criminal proceeds.

For the reasons stated in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and Defendant $1,677,381.00 in United States currency, criminal proceeds, as a defendant property, is hereby **DISMISSED.**

1

Signed: June 11, 2009

Lacy H. Thornburg
United States District Judge