# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv215

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| 482 DEAVERVIEW ROAD, ASHEVILLE, ) | |
| NORTH CAROLINA, being real property, as ) | |
| found in Deed Book 3428, Page 419, of the ) | |
| Public Registry of Buncombe County, ) | |
| North Carolina, and ) | |
| ) | |
| REAL PROPERTY formerly known as ) | |
| ISI QUICK TRIP, BREVARD ROAD, ) | |
| ASHEVILLE, NORTH CAROLINA, as found ) | |
| in Deed Book 3501, Page 436, of the Public ) | |
| Registry of Buncombe County, ) | |
| North Carolina, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Complaint [Doc. 4].

The Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Complaint [Doc. 4] is hereby **GRANTED** and this action is hereby **DISMISSED WITH PREJUDICE**.

Signed: October 7, 2009

Martin Reidinger
United States District Judge